■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY TITUS, Appellant. [929 NYS2d 786]—

Ordered that the sentence is affirmed. No opinion. Covello, J.P., Angiolillo, Leventhal and Cohen, JJ., concur.